

| | | | | |
|---|---|---|---|---|
| Peck v. UCBR ................. | 1404CD16 | 02/28/2017 | Unemployment Compensation Board of Review B–590238 | Affirmed |
| Wheels Mechanical Contr. v. W. Jefferson Hills SD ........... | 1803CD16, 1827CD16, 1828CD16 | 02/28/2017 | Allegheny County GD 16–009633 | Reversed and Remanded |